**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSURANCE INDUSTRIES COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SNAG, INC., et al. <br><br> Defendants. | No. C-10-01718-DMR <br><br> **ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS PENDING CONSENT TO JURISDICTION OF MAGISTRATE JUDGE** |

On May 14, 2010, Defendants SNAG, Inc. and Player Development Products, LLC filed a Motion to Dismiss Under Rule 12. *See* Docket No. 11. Defendants noticed a hearing on the Motion to Dismiss for June 24, 2010 at 11:00 a.m.

Pursuant to 28 U.S.C. § 636(c), a signed consent to the jurisdiction of the Magistrate Judge must be filed by each party before consideration of any dispositive motion. No parties in the above-captioned case have filed a signed consent to proceed before a Magistrate Judge. Accordingly, the hearing on Defendants' Motion to Dismiss set for June 24, 2010 at 11:00 a.m. is hereby vacated. Upon the filing of signed consents by all parties to the action, the Court will issue an order resetting the hearing.

IT IS SO ORDERED.

Dated: May 17, 2010

_____
DONNA M. RYU
United States Magistrate Judge