1   ROBERT G. CUMMINGS
    LAW OFFICES OF ROBERT G. CUMMINGS
2   THE FITZPATRICK BUILDING
    2000 BROADWAY STREET
3   REDWOOD CITY, CALIFORNIA  94063
    TELEPHONE (650) 363-7280
4   FACSIMILE (650) 412-1829
    rgc@cummingslawgroup.com
5
    ATTORNEYS FOR PLAINTIFF ASSURANCE INDUSTRIES
6   CO., INC.

7

8   JOHN F. DOMINGUE, CA STATE BAR NO. 193570
    THOMAS P. MURPHY, CA STATE BAR NO. 121251
    BERLINER COHEN
9   TEN ALMADEN BOULEVARD
    ELEVENTH FLOOR
10  SAN JOSE, CALIFORNIA 95113-2233
    TELEPHONE: (408) 286-5800
11  FACSIMILE: (408) 998-5388
    john.domingue@berliner.com
12  tom.murphy@berliner.com

13  ATTORNEYS FOR DEFENDANTS PLAYER DEVELOPMENT
    PRODUCTS, LLC,, SNAG, INC. AND TERRENCE ANTON
14
                      **UNITED STATES DISTRICT COURT**
15
                    **NORTHERN DISTRICT OF CALIFORNIA**
16
                           **OAKLAND DIVISION**
17

18  **ASSURANCE INDUSTRIES COMPANY,**        **CASE NO.  CV 10 1718  SBA**
    **INC., a California corporation,**
19                                            **STIPULATION AND [PROPOSED]**
            **Plaintiff,**                    **ORDER REFERRING CASE TO COURT-**
                                              **SPONSORED MEDIATION**
20          **v.**
                                              **[ADR LR 2-3, 3-5(d)(5)]**
21  **SNAG, INC., a Florida corporation;**
    **TERRENCE P. ANTON, an individual and**
22  **resident of Oklahoma; WALTER E.**
    **ARMSTRONG III, an individual and**
23  **resident of Florida; PLAYER**
    **DEVELOPMENT PRODUCTS, LLC, a**
24  **Florida limited liability company: and**
    **DOES 1 through 100,**
25
            **Defendants.**
26
    **and Related Counterclaims and Third Party**
27  **Claims**

28

    CASE NO.  CV 10 1718 SBA
                                                   -1-
\TPM\840296.1
020911-18772001   STIPULATION AND [PROPOSED] ORDER REFERRING CASE TO MEDIATION

# STIPULATION

1.      Counsel for Plaintiff and Defendants SNAG, Inc., Terrence Anton and Player Development Products, LLC report that they have participated in ADR teleconference sessions with Northern District of California ADR staff attorney Daniel Bowling and have agreed to participate in Court-sponsored mediation (ADR LR 6).

2.      Counsel discussed their agreement to mediate with Mr. Bowling during the most recent ADR telephone conference on January 19, 2011 and subsequently provided Mr. Bowling with a joint list of proposed mediators at his request.

3.      Mr. Bowling has since advised counsel that it is necessary for the Court to refer the case to mediation and, further, that he has asked the Court to allow an ADR deadline of 120 days.

4.      The parties agree to hold a mediation session and request that the Court allow an ADR deadline of 120 days.

DATED: FEBRUARY 9, 2011                 LAW OFFICES OF ROBERT G. CUMMINGS

                                        BY:  /S/
                                             ROBERT G. CUMMINGS
                                             ATTORNEYS FOR PLAINTIFF ASSURANCE
                                             INDUSTRIES COMPANY, INC.

DATED: FEBRUARY 11, 2011

                                        BY:  /S/
                                             THOMAS P. MURPHY
                                             ATTORNEYS FOR PLAYER DEVELOPMENT
                                             PRODUCTS, LLC,, SNAG, INC., AND TERRENCE
                                             ANTON

//

//

CASE NO.  CV 10 1718 SBA

-2-

STIPULATION AND [PROPOSED] ORDER REFERRING CASE TO MEDIATION

\TPM\840296.1
020911-18772001

1

## [PROPOSED] ORDER

2

3    Pursuant to the Stipulation above, the captioned matter is hereby referred to mediation. The deadline for the ADR session is 120 days from the date of this order.

4    DATED: FEBRUARY  28, 2011

5

6    _____
HON. SAUNDRA B. ARMSTRONG

7    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CASE NO.  CV 10 1718 SBA**

-3-