UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASSURANCE INDUSTRIES COMPANY, INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SNAG, INC., a Florida corporation; TERENCE ANTON, an individual and resident of Oklahoma; WALTER E. ARMSTRONG III, an individual and resident of Florida; PLAYER DEVELOPMENT PRODUCTS, LLC, a Florida limited liability company; and DOES 1 through 100,<br><br>    Defendants. | Case No: C 10-1718 SBA<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO SHORTEN TIME AND SETTING BRIEFING SCHEDULE** |

    IT IS HEREBY ORDERED THAT Defendants shall file a response, not to exceed five (5) pages, to Plaintiff's Motion to Vacate Trial Date and Reopen Discovery by no later than Noon on August 23, 2012. The motion will be taken under submission without a hearing upon Defendants' filing of their response. See Civ. L.R. 7-1(b). Plaintiff's Motion to Shorten Time is DENIED as moot. This Order terminates Docket 96.

    IT IS SO ORDERED.

Dated: August 20, 2012

                                                          _____
                                                           SAUNDRA BROWN ARMSTRONG
                                                           United States District Judge