UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASSURANCE INDUSTRIES COMPANY, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SNAG, INC., a Florida corporation; TERENCE ANTON, an individual and resident of Oklahoma; WALTER E. ARMSTRONG III, an individual and resident of Florida; PLAYER DEVELOPMENT PRODUCTS, LLC, a Florida limited liability company; and DOES 1 through 100,<br><br>　　　　　Defendants. | Case No: C 10-1718 SBA<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO SHORTEN TIME AND SETTING BRIEFING SCHEDULE** |

IT IS HEREBY ORDERED THAT Defendants shall file a response, not to exceed five (5) pages, to Plaintiff's Motion to Vacate Trial Date and Reopen Discovery by no later than Noon on <u>August 23, 2012</u>.  The motion will be taken under submission without a hearing upon Defendants' filing of their response.  <u>See</u> Civ. L.R. 7-1(b).  Plaintiff's Motion to Shorten Time is DENIED as moot.  This Order terminates Docket 96.

IT IS SO ORDERED.

Dated: August 20, 2012

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge