UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASSURANCE INDUSTRIES COMPANY, INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SNAG, INC., a Florida corporation; et al.,<br><br>  Defendants. | Case No:  C 10-1718 SBA<br><br>**ORDER DENYING DEFENDANTS' REQUEST FOR LEAVE TO FILE MOTION FOR SANCTIONS** |

Defendants have filed a request for leave to file a motion for sanctions.  Dkt. 111.  Before any motion may be filed, the parties must first meet and confer in a good faith effort to resolve their dispute.  The Court's Standing Orders as well as the Court's Order for Pretrial Preparation specify that the parties must meet and confer prior to filing any motion, and the movant must certify in its moving papers that it has complied with this requirement.  <u>E.g.</u>, Order for Pretrial Preparation at 1, Dkt. 71.  Defendants' motion for leave fails to comply with the Court's meet and confer requirement.  Accordingly,

IT IS HEREBY ORDERED THAT Defendants' motion for leave to file a motion for sanctions is DENIED without prejudice.  The parties are warned that future transgressions of the Orders of this Court may result in the imposition of sanctions against the parties and/or their counsel.  This Order terminates Docket 111.

IT IS SO ORDERED.

Dated:  1/4/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge