JOHN F. DOMINGUE, CA STATE BAR NO. 193570
THOMAS P. MURPHY, CA STATE BAR NO. 121251
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
john.domingue@berliner.com

ATTORNEYS FOR DEFENDANTS AND COUNTERCLAIMANTS PLAYER DEVELOPMENT PRODUCTS, LLC, AND SNAG, INC. AND DEFENDANT TERRENCE ANTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASSURANCE INDUSTRIES COMPANY, INC., a California corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>SNAG, INC., a Florida corporation; TERRENCE P. ANTON, an individual and resident of Oklahoma; WALTER E. ARMSTRONG III, an individual and resident of Florida; PLAYER DEVELOPMENT PRODUCTS, LLC, a Florida limited liability company: and DOES 1 through 100,<br><br>              Defendants. | CASE NO.  CV 10 1718  SBA<br><br>JUDGMENT |
| SNAG, INC., a Florida corporation; PLAYER DEVELOPMENT PRODUCTS, LLC, a Florida limited liability company,<br><br>              Counter-Claimants,<br><br>       v.<br><br>ASSURANCE INDUSTRIES COMPANY, INC., a California corporation, AND SHENG HSIUNG CHEN a/k/a STEVE CHEN,<br><br>              Counter-Defendants. | |

Plaintiff and Cross-Defendant ASSURANCE INDUSTRIES COMPANY, INC. and Cross-Defendant SHENG HSIUNG CHEN a/k/a STEVE CHEN (collectively "AIC"), on the one hand, and Defendants and Cross-Complainants Player Development Products, LLC, SNAG, Inc. and TERRENCE P. ANTON (collectively "SNAG"), on the other, stipulate to judgment as set forth below.

Judgment is hereby entered in favor of SNAG and against AIC as follows:

## FINDINGS OF FACT

"SNAG" is an acronym for "starting new at golf." SNAG is in the business of researching, developing, and marketing products that, among other things, make it easy and fun for people of all ages to learn and enjoy the game of golf—primarily through the golf-like game patented by SNAG, Inc. In addition to its patents, SNAG, Inc. is the owner of registered trademarks covering products used in the SNAG, golf-like game and golf teaching program. SNAG has licensed its patent and trademark rights on an exclusive basis to Player Development Products, LLC, which in turn arranges for the manufacture of SNAG products and sells such products.

Player Development Products, LLC and AIC had an ongoing commercial relationship under which SNAG used AIC to manufacture SNAG products. The relationship between SNAG and AIC terminated in March 2010 (the "Termination"). Since that time, SNAG has exclusively used Gopher Golf Co., LTD to manufacture SNAG products, and Gopher Golf Co., LTD is the only company authorized to manufacture or otherwise produce SNAG products.

In the course of its work to manufacture SNAG products before Termination, AIC used prototypes and production molds containing the SNAG mark and its intellectual property. AIC states that it used third-parties, including contract employees, factories and manufacturing companies (collectively "Contractors") to make SNAG products, and that AIC gave (or caused to be given) possession of certain SNAG prototypes and/or production molds to Contractors. One of these Contractors goes by the English name "Mark Liu," whose last-known phone number is 86-133-6888-6866, address unknown at this time. Without consent, Mark Liu has unlawfully marketed SNAG products for sale.

The following chart shows the manufacturer, chain of custody and current possessor of selected SNAG molds initially created or controlled by AIC:

| Mold Type and Maker (w/date of manufacture) | Transferred To (w/date and reason for transfer) | Transferred To (w/date and reason for transfer) | Currently Held By (include all known contact info) |
|---|---|---|---|
| Launcher, RH, AIC/Dan Goods/On Lee, Sept. 2000 | Chic Sports / expert in sporting goods, May 2004 | Tak Shun Ind. / better factory in plastic molding prod. Jan 2005 | Mr. Liu Zheng Qiang, 86-133-6888-6866 |
| Launcher, LH, AIC/Dan Goods/On Lee, Sept. 2000 | Chic Sports / expert in sporting goods, May 2004 | Tak Shun Ind. / better factory in plastic molding prod. Jan 2005 | Mr. Liu Zheng Qiang, 86-133-6888-6866 |
| Roller, AIC/Dan Goods/On Lee, Sept. 2000 | Chic Sports / expert in sporting goods, May 2004 | Tak Shun Ind. / better factory in plastic molding prod. Jan 2005 | Mr. Liu Zheng Qiang, 86-133-6888-6866 |
| Flagsticky, AIC/Dan Goods/On Lee, Sept. 2000 | Chic Sports / expert in sporting goods, May 2004 | Tak Shun Ind. / better factory in plastic molding prod. Jan 2005 | Mr. Liu Zheng Qiang, 86-133-6888-6866 |
| Flagsticky cap/flagholder, AIC/Dan Goods/On Lee, Sept. 2000 | Chic Sports / expert in sporting goods, May 2004 | Tak Shun Ind. / better factory in plastic molding prod. Jan 2005 | Mr. Liu Zheng Qiang, 86-133-6888-6866 |
| Launch Pad/ AIC/Dan Goods/On Lee, Sept. 2000 | Chic Sports / expert in sporting goods, May 2004 | Tak Shun Ind. / better factory in plastic molding prod. Jan 2005 | Mr. Liu Zheng Qiang, 86-133-6888-6866 |
| Blue Tee, AIC/Dan Goods/On Lee, Sept. 2000 | Chic Sports / expert in sporting goods, May 2004 | Tak Shun Ind. / better factory in plastic molding prod. Jan 2005 | Mr. Liu Zheng Qiang, 86-133-6888-6866 |
| Roller Brush, AIC/Dan Goods/On Lee, Oct. 2000 | Chic Sports / expert in sporting goods, May 2004 | Tak Shun Ind. / better factory in plastic molding prod. Jan 2005 | Mr. Liu Zheng Qiang, 86-133-6888-6866 |
| Grips, AIC/Dan Goods/Chaucer, Sept. 2000 | Shanghai Xiangfu Electrical Elements Co. Aug. 2009 | | Shanghai Xiangfu Electrical Elements Co. 86-21-5913-7565 |
| Ball, AIC/Dan Goods/Chic Sports, Oct. 2000 | Yangzhou Flight Sporting Goods Co. 2005. Better supplier. | | Yangzhou Flight Sporting Goods Co. 86-514-8827-9160 |
| SNAG-O-Matic, AIC/Dan Goods/Yangzhou Flight Sporting Goods Co. May, 2008 | | | Yangzhou Flight Sporting Goods Co. 86-514-8827-9160 |
| Super Launcher head hand-made model, RH, AIC/Dan Goods/Liu Zheng Qiang, Jan. 2010, left behind in factory office. | | | Left in office at 2nd Fl., Bldg. 2E, Nanshan 2nd Ind. Dist, Yientien, Fenggang, Dongguang. I suspect it is in Mr. Liu Zheng Qiang's hand. |

## ORDERS

1. <u>AIC's Complaint.</u> AIC shall take nothing by the Complaint and its action shall be dismissed with prejudice.

2. <u>SNAG's Countersuit.</u> On SNAG's Counterclaims, the Court orders, adjudges and decrees the following:

    a. All SNAG products, prototypes and molds embody and contain SNAG, Inc.'s intellectual property, including without limitation trademark and trade dress rights (all of the aforementioned rights, products, prototypes and molds are collectively referred to as the "SNAG Intellectual

CASE NO. CV 10 1718 SBA

\UFD\1133428.3
011713-18772001

-3-
STIPULATED JUDGMENT

1   Property"). AIC has no right, title or interest in or to any SNAG
2   Intellectual Property. AIC is enjoined from possessing, marketing, or
3   selling, or contributing to any such activities by a Contractor with respect
4   to any SNAG product, prototype, mold, or anything else that bears,
5   contains or embodies any SNAG Intellectual Property.

6   b. As of the Termination in March 2010, SNAG did not owe any money or
7   other obligation to AIC.

8   c. Any and all SNAG molds or prototypes (or any other material containing
9   SNAG Intellectual Property) in the possession of any Contractor are the
10  property of SNAG and shall be destroyed under the supervision of SNAG
11  (or its designee), including without limitation any molds or prototypes
12  held by Mark Liu.

13  d. Except for SNAG products either made by Gopher Golf or purchased by
14  and delivered to SNAG or its designees by AIC before the Termination,
15  any and all existing SNAG products are deemed unauthorized and
16  counterfeit, including in particular any products being held by any of
17  AIC's Contractors (collectively the "Unauthorized Product").
18  Unauthorized Product includes without limitation the container of
19  $55,527.00 in SNAG product being held by AIC in Fremont, the
20  $53,619.35 worth of SNAG product that AIC had on hand as of the
21  Termination (which included the attached list of products), all SNAG
22  products displayed at the 2010 and 2011 Bejing Golf Shows, and all
23  products held or marketed by a Mark Liu or Mr. Liu.

24  e. All Unauthorized Product shall be destroyed under the supervision of
25  SNAG (or its designee).

26  3. Compliance With the Above Orders. To the extent the above orders can be
27  carried out by AIC, performance is due within 60 days. Otherwise, AIC shall use diligent and
28  best efforts to carry out the above, including without limitation contacting Contractors, arranging

CASE NO. CV 10 1718 SBA
-4-
STIPULATED JUDGMENT

and/or participating in telephone or face-to-face meetings (with face-to-face meetings being limited to one such meeting if required by any legal proceeding initiated to recover SNAG molds and/or SNAG products in the possession of Mark Liu), writing letters or other correspondence, signing or producing documents, and conducting other like activities that may be necessary or helpful to fulfill the requirements of this judgment.  Furthermore, AIC shall cooperate (by doing the aforementioned activities) with SNAG, its Chinese distributor, Gopher Golf, and any Chinese government officials to:

    a.    Fulfill the requirements of this judgment;

    b.    Stop the production, marketing, sale or perpetuation of Unauthorized Product;

    c.    Hold any persons accountable for the unlawful production, marketing, sale or perpetuation of Unauthorized Product;

    d.    Revive prior orders in China for SNAG product that were lost as a result of the unlawful production, marketing, sale or perpetuation of Unauthorized Product, including without limitation the orders that SNAG's Chinese distributor lost from the Chinese government when Mark Liu contacted them and undercut the distributor's pricing with counterfeit product.

4.    Reasonable costs incurred by AIC in the physical destruction of SNAG molds, products, and/or prototypes of SNAG products, and extraordinary costs in cooperating with SNAG to recover SNAG molds and prototypes in the possession of Mark Liu, should be reimbursed by Player Development Products, LLC.

IT IS SO ORDERED.

    DATED:  JANUARY 28, 2013

*Saundra B Armstrong*
HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

AGREED AND ACCEPTED BY:

Dated: JANUARY ____, 2013

            By: /s/
               SHENG HSIUNG CHEN a/k/a STEVE CHEN

Dated: JANUARY ____, 2013  ASSURANCE INDUSTRIES, INC.

            By: /s/
               By: SHENG HSIUNG CHEN aka STEVE CHEN
               Its: PRESIDENT

Dated: JANUARY ____, 2013  PLAYER DEVELOPMENT PRODUCTS, LLC

            By: /s/
               By: TERRENCE ANTON
               Its: Member

Dated: JANUARY ____, 2013  SNAG, INC.

            By: /s/
               By: TERRENCE ANTON
               Its: President

APPROVED AS TO FORM BY:

DATED: JANUARY ____, 2013  BERLINER COHEN

            BY: /s/
               THOMAS P. MURPHY
               ATTORNEYS FOR PLAYER DEVELOPMENT
               PRODUCTS, LLC, SNAG, INC., AND TERRENCE
               ANTON

DATED: JANUARY ____, 2013  LAW OFFICES OF ADAM WANG

            BY: /s/
               ADAM WANG
               ATTORNEYS FOR ASSURANCE INDUSTRIES
               COMPANY, INC. AND STEVE CHEN

| | |
|---|---|
| 1 | AGREED AND ACCEPTED BY: |
| 2 | Dated: JANUARY 17, 2013 |
| 3 | |
| 4 | By: /s/ _____ <br> SHENG HSIUNG CHEN a/k/a STEVE CHEN |
| 5 | Dated: JANUARY 17, 2013 |
| | ASSURANCE INDUSTRIES, INC. |
| 7 | By: /s/ _____ <br> By: SHENG HSIUNG CHEN aka STEVE CHEN <br> Its: PRESIDENT |
| 9 | Dated: JANUARY 17, 2013 |
| | PLAYER DEVELOPMENT PRODUCTS, LLC |
| 11 | By: /s/ _____ <br> By: TERRENCE ANTON <br> Its: Member |
| 13 | Dated: JANUARY 17, 2013 |
| | SNAG, INC. |
| 15 | By: /s/ _____ <br> By: TERRENCE ANTON <br> Its: President |
| 18 | APPROVED AS TO FORM BY: |
| 19 | DATED: JANUARY 17, 2013 |
| | BERLINER COHEN |
| 21 | BY: /s/ _____ <br> THOMAS P. MURPHY <br> ATTORNEYS FOR PLAYER DEVELOPMENT PRODUCTS, LLC, SNAG, INC., AND TERRENCE ANTON |
| 24 | DATED: JANUARY 17, 2013 |
| | LAW OFFICES OF ADAM WANG |
| 26 | BY: /s/ _____ <br> ADAM WANG <br> ATTORNEYS FOR ASSURANCE INDUSTRIES COMPANY, INC. AND STEVE CHEN |

CASE NO. CV 10 1718 SBA

-6-

STIPULATED JUDGMENT

\\FD\1133428.3
011713-18772001